UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Calvin Antonio Spencer

Docket No. 2:92-CR-26-1M
5:94-CR-54-1M

**Petition for Action on Supervised Release**

COMES NOW Taylor R. Westphalen, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Orders of Calvin Antonio Spencer, who, upon an earlier plea of guilty to Bank Robbery, 18 U.S.C. § 2113(a) and 2113(d), and Possession of a Firearm in Relation to a Crime of Violence, 18 U.S.C. § 924(c), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on April 12, 1994, to the custody of the Bureau of Prisons for a term of 270 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. This matter has been reassigned to the Honorable Richard E. Myers, Chief United States District Judge.

Additionally, Spencer, who, upon an earlier plea of guilty to Attempt to Escape from Custody, 18 U.S.C. § 751(a), and Assault on a Federal Officer (two counts), 18 U.S.C. § 111(a)(1) & (b), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on September 6, 1994, to the custody of the Bureau of Prisons for a term of 77 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. This matter has been reassigned to the Honorable Richard E. Myers, Chief United States District Judge.

Calvin Antonio Spencer was released from custody on April 24, 2024, at which time the terms of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has maintained full compliance since his release. As a component of the U.S. Probation Office's Early Termination Policy, the defendant has agreed to participate in a cognitive behavioral treatment program to assist with continued positive thinking patterns. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taylor R. Westphalen
Taylor R. Westphalen
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8698
Executed On: April 1, 2025

**ORDER OF THE COURT**

Considered and ordered this 2d day of April, 2025, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge